*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**EDUARDO QUEVEDO,**<br><br>*Defendant.* | **Hon. Susan D. Wigenton**<br>*Civil Action No.* **06-596**<br><br><br>**ORDER** |

1. Whereas, on August 8, 2007, defendant Eduardo Quevedo was sentenced and ordered to pay restitution in the amount of $66,804.05 due immediately; and

2. Whereas, defendant has filed a motion seeking the return of property seized by the FBI during the course of his arrest and prosecution; and

3. Whereas, the United States Financial Litigation Unit has submitted an objection to defendant's motion and a writ of execution for certain property including $4,400 in US currency and jewelry consisting of three 14K gold rings, two gold watches, three 14K gold bracelets, two 14K gold necklaces and one pair of gold earrings; and

4. Whereas such writ of execution seeks to liquidate the above-referenced property in partial satisfaction of the restitution judgment; and

5. Whereas, the Court has reviewed the parties' submissions and determined that defendant is not entitled to any exemption from the writ of execution;

Therefore, IT IS ON THIS 12th day of April, 2010;

ORDERED that defendant's application for return of property seized by the FBI is hereby DENIED as to the property subject to the writ of execution; and further

ORDERED that the United States shall proceed with the writ of execution. The

liquidation of the property shall be applied to the restitution owed by defendant.

SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE